# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
§
KEYES, SABRINA N. § Case No. 12-05808 JPC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/17/2012. The undersigned trustee was appointed on 02/17/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $       135,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 52,183.04 |
   | Bank service fees | 19.51 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 67,797.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  08/16/2012  and the deadline for filing governmental claims was  08/16/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,446.75 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,446.75 , for a total compensation of $ 7,446.75 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2013    By:/s/RONALD R. PETERSON
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 12-05808    Judge: JACQUELINE P. COX      Trustee Name: RONALD R. PETERSON
Case Name: KEYES, SABRINA N.      Date Filed (f) or Converted (c): 02/17/12 (f)
     341(a) Meeting Date: 04/10/12
For Period Ending: 05/08/13      Claims Bar Date: 08/16/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single family home located at 340 Streamside Drive | 97,300.00 | 0.00 | | 0.00 | 0.00 | 163,455.00 | 15,000.00 |
| 2. checking account at Bank of America | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. savings account at Municipal Employees Credit Unio | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 4. miscellaneous household furniture, furnishings, go | 750.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 750.00 |
| 5. necessary wearing apparel | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 600.00 |
| 6. life insurance policy through State Farm-term-bene | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. life insurance policy through work-term policy-ben | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. pension plan through work | 10,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 10,000.00 |
| 9. 457 retirement plan through work | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 10. 2001 Ford Explorer-1/2 ton-V6 utility 2D Sport 2WD | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. pending personal injury suit against Bird Brain/Ta | 0.00 | Unknown | | 135,000.00 | Unknown | 0.00 | 15,000.00 |
| TOTALS (Excluding Unknown Values) | $112,950.00 | $0.00 | | $135,000.00 | $0.00 | $163,455.00 | $47,050.00 |
| | | | | | Gross Value of Remaining Assets | | |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 3)*      Ver: 17.01

Page: 2
Exhibit A

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:     12-05808       Judge: JACQUELINE P. COX             Trustee Name:                        RONALD R. PETERSON
Case Name:   KEYES, SABRINA N.                                   Date Filed (f) or Converted (c):     02/17/12 (f)
                                                                 341(a) Meeting Date:                 04/10/12
                                                                 Claims Bar Date:                     08/16/12

April 29, 2013, 08:50 am   Big Pay day on April 24, 2013.  Sent file to Larwentha for closing.
April 9, 2013.  Order authorizing settlement approved by the Court.

December 15, 2012, 11:05 a.m.  Settled personal injury case for $125,000.  Need to file 9019 motion.

Initial Projected Date of Final Report (TFR): 03/31/14          Current Projected Date of Final Report (TFR): 03/31/14

_____    Date: _____

RONALD R. PETERSON

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-05808 -JPC
Case Name: KEYES, SABRINA N.
Taxpayer ID No: \*\*\*\*\*\*\*8005
For Period Ending: 05/08/13

Trustee Name: RONALD R. PETERSON
Bank Name: ASSOCIATED BANK
Account Number / CD #: \*\*\*\*\*\*\*\*8612 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 04/25/13 | 11 | Bird Brain | | Memo Amount: 135,000.00 | 1142-000 | 67,816.96 | | 67,816.96 |
| | | | Gross Receipts | | | | | |
| | 11 | POWER ROGERS & SMITH | | Memo Amount: ( 45,000.00 ) | 3210-000 | | | |
| | | | Attorney's fees | | | | | |
| | | POWER ROGERS & SMITH | | Memo Amount: ( 2,635.24 ) | 3220-000 | | | |
| | | | Attoreney Expenses | | | | | |
| | | DR. ANTHONY GEROULIS | | Memo Amount: ( 2,000.00 ) | 3991-000 | | | |
| | | | Dr. Fees | | | | | |
| | | HUMANA | | Memo Amount: ( 1,490.80 ) | 2990-000 | | | |
| | | | Med Lien | | | | | |
| | | BUD'S AMBULANCE SERVICE | | Memo Amount: ( 1,057.00 ) | 2990-000 | | | |
| | | | Ambulance Service | | | | | |
| | | SABRINA KEYES | | Memo Amount: ( 15,000.00 ) | 8100-000 | | | |
| | | | Exemption | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 19.51 | 67,797.45 |

| | Memo Allocation Receipts: | 135,000.00 | COLUMN TOTALS | 67,816.96 | 19.51 | 67,797.45 |
|---|---|---|---|---|---|---|
| | Memo Allocation Disbursements: | 67,183.04 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Memo Allocation Net: | 67,816.96 | Subtotal | 67,816.96 | 19.51 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 67,816.96 | 19.51 | |

| | | | | | | ACCOUNT |
| | Total Allocation Receipts: | 135,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
| | Total Allocation Disbursements: | 67,183.04 | Checking Account (Non-Interest Earn - \*\*\*\*\*\*\*\*8612 | 67,816.96 | 19.51 | 67,797.45 |
| | Total Memo Allocation Net: | 67,816.96 | | (Excludes Account | (Excludes Payments | |
| | | | Page Subtotals | 67,816.96 | 19.51 | |
| | | | | | Total Funds | 67,797.45 |

LFORM24  **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*                                                         Ver: 17.01

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05808 -JPC
Case Name: KEYES, SABRINA N.
Taxpayer ID No: *******8005
For Period Ending: 05/08/13

Trustee Name: RONALD R. PETERSON
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8612  Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******8612 | | | | On Hand |
| | | | | Transfers) | | To Debtors) | |
| | | | | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24
Ver: 17.01

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 08, 2013 |

Case Number:  12-05808  
Debtor Name:  KEYES, SABRINA N.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Unsecured | Filed 04/10/12 | $0.00 | $654.57 | $654.57 |
| 000002<br>070<br>7100-00 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | Filed 05/21/12 | $0.00 | $87.35 | $87.35 |
| 000003<br>070<br>7100-00 | NICOR GAS<br>P.O. BOX 549<br>AURORA, IL 60507 | Unsecured | Filed 06/15/12 | $0.00 | $522.70 | $522.70 |
| 000004<br>070<br>7100-00 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | Filed 07/12/12 | $0.00 | $33.45 | $33.45 |
| 000005<br>070<br>7100-00 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | Filed 07/12/12 | $0.00 | $13,539.58 | $13,539.58 |
| 000006<br>070<br>7100-00 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | Filed 07/12/12 | $0.00 | $7,451.68 | $7,451.68 |
| 000007<br>070<br>7100-00 | SPRINGLEAF FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | Unsecured | Filed 08/10/12 | $0.00 | $1,945.82 | $1,945.82 |
| | Case Totals: | | | $0.00 | $24,235.15 | $24,235.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-05808 JPC
Case Name: KEYES, SABRINA N.
Trustee Name: RONALD R. PETERSON

Balance on hand $ 67,797.45

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,446.75 | $ 0.00 | $ 7,446.75 |

Total to be paid for chapter 7 administrative expenses    $    7,446.75
Remaining Balance    $    60,350.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,235.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | $ 654.57 | $ 0.00 | $ 654.57 |
| 000002 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | $ 87.35 | $ 0.00 | $ 87.35 |
| 000003 | NICOR GAS<br>P.O. BOX 549<br>AURORA, IL 60507 | $ 522.70 | $ 0.00 | $ 522.70 |
| 000004 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 33.45 | $ 0.00 | $ 33.45 |
| 000005 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 13,539.58 | $ 0.00 | $ 13,539.58 |
| 000006 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 7,451.68 | $ 0.00 | $ 7,451.68 |
| 000007 | SPRINGLEAF FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | $ 1,945.82 | $ 0.00 | $ 1,945.82 |
| | Total to be paid to timely general unsecured creditors | | $ | 24,235.15 |

  Remaining Balance                       $     36,115.55

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 50.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 36,065.10 .