# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
KEYES, SABRINA N. §   Case No. 12-05808 JPC
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/11/2013 in Courtroom 680,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2013            By: UNITED STATES BANKRUPTCY
                                        COURT
                                                        Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
KEYES, SABRINA N.                   §     Case No. 12-05808 JPC
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 135,000.00 |
| and approved disbursements of | $ | 67,202.55 |
| leaving a balance on hand of[1] | $ | 67,797.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,446.75 | $ 0.00 | $ 7,446.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,446.75 |
| Remaining Balance | | $ | 60,350.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,235.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | $ 654.57 | $ 0.00 | $ 654.57 |
| 000002 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | $ 87.35 | $ 0.00 | $ 87.35 |
| 000003 | NICOR GAS<br>P.O. BOX 549<br>AURORA, IL 60507 | $ 522.70 | $ 0.00 | $ 522.70 |
| 000004 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 33.45 | $ 0.00 | $ 33.45 |
| 000005 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | $ 13,539.58 | $ 0.00 | $ 13,539.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Great Lakes Educational Loan Service Claims Filing Unit PO Box 8973 Madison, WI 53708-8973 | $ 7,451.68 | $ 0.00 | $ 7,451.68 |
| 000007 | SPRINGLEAF FINANCIAL P.O. BOX 3251 EVANSVILLE, IN 47731 | $ 1,945.82 | $ 0.00 | $ 1,945.82 |
| | Total to be paid to timely general unsecured creditors | | | $ 24,235.15 |
| | Remaining Balance | | | $ 36,115.55 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 50.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 36,065.10 .

Prepared By: /s/Ronald R. Peterson
                        Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-05808-JPC
Sabrina N. Keyes                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3            Date Rcvd: May 21, 2013
                              Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2013.
```
db         +Sabrina N. Keyes,    340 Streamside Drive,    Harvey, IL 60426-1259
18497718    AFFILIATED CREDIT,    P.O. BOX 1329,   ROCHESTER, MN 55903
18497722   +BMO HARRIS BANK,    C/O BARON COLLECTION,    155 REVERE DRIVE,    NORTHBROOK, IL 60062-1558
18497726  ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  DIRECTV,    P.O. BOX 6550,    GREENWOOD VILLAGE, CO 80155-6550)
19143512    Great Lakes Educational Loan Service,     Claims Filing Unit,    PO Box 8973,
             Madison, WI   53708-8973
18497728   +HITCHCOCK AND ASSOCIATES, P.C.,    55 E. JACKSON,    SUITE 650,   CHICAGO, ILLINOIS 60604-4457
18497729   +HSBC NEVADA,    C/O PORTFOLIO RECOVERY,    120 CORPORATE BLVD., STE. 1,    NORFOLK, VA 23502-4962
18497730   +HSN,   P.O. BOX 530993,    ATLANTA, GA 30353-0993
18515797   +KAPLAN BANKRUPTCY FIRM LLC,    55 E. JACKSON,   SUITE 650,    CHICAGO, ILLINOIS 60604-4457
18497731   +LTD COMMODITIES,    P.O. BOX 296,   NORTHBROOK, IL 60065-0296
18497732   +METRO SOUTH MEDICAL CENTER,    C/O NATIONWIDE CREDIT,    815 COMMERCE DR., STE. 100,
             OAK BROOK, IL 60523-8839
18497735   +PERFORMANCE DENTAL,    9957 S. ROBERTS RD.,    PALOS HILLS, IL 60465-1652
18497736  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  PORTFOLIO RECOVERY ASSOCIATES,     P.O. BOX 41067,   NORFOLK, VA 23541)
18497737   +RECEIVABLES MANAGEMENT INC.,    ATTN: BANKRUPTCY,    3348 RIDGE RD.,    LANSING, IL 60438-3112
18515806   +RONALD PETERSON,    JENNER & BLOCK,   ONE IBM PLAZA 38TH FLOOR,     CHICAGO, IL 60611-3586
18497739    SALLIE MAE,    UNITED STUDENT AID FUNDS,    P.O. BOX 9430,    WILKES-BARRE, PA 18773-9430
18497740   +SGQ,   C/O APPLEGATE & ROGERS,    9789 CHARLOTTE HWY.,    FORT MILL, SC 29707-7177
18497742   +SUNTRUST MORTGAGE,    P.O. BOX 27767,    RICHMOND, VA 23261-7767
18497743    TARGET,   ATTN: BANKRUPTCY DEPARTMENT,     P.O. BOX 59228,    MINNEAPOLIS, MN 55459-0228
18497744   +TCF NATIONAL BANK,    C/O AMERICAN COLLECTIONS,    919 ESTES COURT,    SCHAUMBURG, IL 60193-4427
18497746   +U.S. DEPT. OF EDUCATION,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
18497747   +UNITED CONSUMER FINANCIAL SERVICES,    C/O BASS & ASSOCIATES,    3936 E. FT. LOWELL RD., STE. 200,
             TUCSON, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18497720   +E-mail/Text: bknotice@erccollections.com May 22 2013 01:32:42     AT&T,   C/O ENHANCED RECOVERY,
             8014 BAYBERRY RD.,    JACKSONVILLE, FL 32256-7412
18497721   +E-mail/Text: rjm@ebn.phinsolutions.com May 22 2013 00:56:45     BLACK EXPRESSIONS BOOK CLUB,
             C/O RJM ACQUISTIONS,    575 UNDERHILL BLVD., STE. 2,   SYOSSET, NY 11791-3426
18755142   +E-mail/Text: legalcollections@comed.com May 22 2013 01:01:22      Commonwealth Edison Company,
             3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
18497727   +E-mail/Text: bk@gafco.net May 22 2013 01:30:27     GREAT AMERICAN FINANCE,    20 N. WACKER DRIVE,
             STE. 2275,   CHICAGO, IL 60606-1294
18497733   +E-mail/Text: bankrup@aglresources.com May 22 2013 00:54:48     NICOR GAS,   P.O. BOX 549,
             AURORA, IL 60507-0549
18515802   +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 22 2013 01:27:13
             OFFICE OF THE UNITED STATES TRUSTEE,    219 SOUTH DEARBORN, ROOM 873,    CHICAGO, IL 60604-2027
18936332   +E-mail/Text: rjm@ebn.phinsolutions.com May 22 2013 00:56:45     Rjm Acquisitions Llc,
             575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
18497719    E-mail/PDF: cbp@slfs.com May 22 2013 01:34:29     AMERICAN GENERAL FINANCE,
             20 N. CLARK, STE. 2600,    CHICAGO, IL 60602
18497741    E-mail/PDF: cbp@slfs.com May 22 2013 01:34:29     SPRINGLEAF FINANCIAL,   P.O. BOX 3251,
             EVANSVILLE, IN 47731
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18497724      CHASE BANK
18515791      CHASE BANK
18497734      NORTHSTAR CREDIT UNION
18515801      NORTHSTAR CREDIT UNION
18515785*     AFFILIATED CREDIT,    P.O. BOX 1329,   ROCHESTER, MN 55903
18515787*    +AT&T,   C/O ENHANCED RECOVERY,    8014 BAYBERRY RD.,   JACKSONVILLE, FL 32256-7412
18515788*    +BLACK EXPRESSIONS BOOK CLUB,    C/O RJM ACQUISTIONS,   575 UNDERHILL BLVD., STE. 2,
               SYOSSET, NY 11791-3426
18515789*    +BMO HARRIS BANK,    C/O BARON COLLECTION,   155 REVERE DRIVE,    NORTHBROOK, IL 60062-1558
18515790*    +CENTURY CREDIT,    6477 TELEPHONE RD.,   STE. 5,   VENTURA, CA 93003-4459
18515792*    +DEVRY, INC.,    1 TOWER LANE, STE. 1000,   OAKBROOK TERRACE, IL 60181-4624
18515793*   ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  DIRECTV,    P.O. BOX 6550,   GREENWOOD VILLAGE, CO 80155-6550)
18515794*    +GREAT AMERICAN FINANCE,    20 N. WACKER DRIVE,   STE. 2275,    CHICAGO, IL 60606-1294
18515795*    +HSBC NEVADA,    C/O PORTFOLIO RECOVERY,   120 CORPORATE BLVD., STE. 1,    NORFOLK, VA 23502-4962
18515796*    +HSN,   P.O. BOX 530993,    ATLANTA, GA 30353-0993
18515798*    +LTD COMMODITIES,    P.O. BOX 296,   NORTHBROOK, IL 60065-0296
18515799*    +METRO SOUTH MEDICAL CENTER,    C/O NATIONWIDE CREDIT,   815 COMMERCE DR., STE. 100,
               OAK BROOK, IL 60523-8839
18515800*    +NICOR GAS,   P.O. BOX 549,    AURORA, IL 60507-0549
18515803*    +PERFORMANCE DENTAL,    9957 S. ROBERTS RD.,   PALOS HILLS, IL 60465-1652
18515804*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  PORTFOLIO RECOVERY ASSOCIATES,    P.O. BOX 41067,   NORFOLK, VA 23541)
18515805*    +RECEIVABLES MANAGEMENT INC.,    ATTN: BANKRUPTCY,   3348 RIDGE RD.,    LANSING, IL 60438-3112
```

```
District/off: 0752-1          User: dross              Page 2 of 3              Date Rcvd: May 21, 2013
                              Form ID: pdf006          Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
18497738*    +SABRINA N. KEYES,    340 STREAMSIDE DRIVE,    HARVEY, IL 60426-1259
18515807*    +SABRINA N. KEYES,    340 STREAMSIDE DRIVE,    HARVEY, IL 60426-1259
18515808*     SALLIE MAE,    UNITED STUDENT AID FUNDS,    P.O. BOX 9430,    WILKES-BARRE, PA 18773-9430
18515809*    +SGQ,    C/O APPLEGATE & ROGERS,    9789 CHARLOTTE HWY.,    FORT MILL, SC 29707-7177
18515810*   ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
              (address filed with court:  SPRINGLEAF FINANCIAL,    P.O. BOX 3251,    EVANSVILLE, IN 47731)
18515786*   ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
              (address filed with court:  AMERICAN GENERAL FINANCE,    20 N. CLARK, STE. 2600,
              CHICAGO, IL 60602)
18515811*    +SUNTRUST MORTGAGE,    P.O. BOX 27767,    RICHMOND, VA 23261-7767
18515812*     TARGET,    ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 59228,    MINNEAPOLIS, MN 55459-0228
18515813*    +TCF NATIONAL BANK,    C/O AMERICAN COLLECTIONS,    919 ESTES COURT,    SCHAUMBURG, IL 60193-4427
18515814*    +TRUE GREEN,    P.O. BOX 838,    MIDLOTHIAN, IL 60445-0838
18515815*    +U.S. DEPT. OF EDUCATION,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
18515816*    +UNITED CONSUMER FINANCIAL SERVICES,    C/O BASS & ASSOCIATES,    3936 E. FT. LOWELL RD., STE. 200,
              TUCSON, AZ 85712-1083
18497723    ##+CENTURY CREDIT,    6477 TELEPHONE RD.,    STE. 5,    VENTURA, CA 93003-4459
18497725    ##+DEVRY, INC.,    1 TOWER LANE, STE. 1000,    OAKBROOK TERRACE, IL 60181-4624
18497745    ##+TRUE GREEN,    P.O. BOX 838,    MIDLOTHIAN, IL 60445-0838
                                                                                              TOTALS: 4, * 28, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2013**               **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 3 of 3             Date Rcvd: May 21, 2013
                              Form ID: pdf006          Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2013 at the address(es) listed below:
          Jose G Moreno    on behalf of Creditor    SunTrust Mortgage, Inc. nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Thomas R Hitchcock    on behalf of Debtor Sabrina N. Keyes josefina@financialrelief.com,
           joseph.Paolucci@gmail.com
          Timothy H. Spruce    on behalf of Debtor Sabrina N. Keyes tspruce@financialrelief.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com
                                                                                                                                         TOTAL: 6