UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
KEYES, SABRINA N. § Case No. 12-05808 JPC
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

 4) This case was originally filed under chapter   on           . The case was pending for    months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: _____   By:/s/RONALD R. PETERSON_____
                                                                 Trustee

 **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sabrina Keyes |  |  |  |
| Sabrina N. Keyes |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Mortgage P.O. Box 27767 Richmond, VA 23261 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| BUD'S AMBULANCE SERVICE | | | | | |
| HUMANA | | | | | |
| POWER ROGERS & SMITH | | | | | |
| POWER ROGERS & SMITH | | | | | |
| DR. ANTHONY GEROULIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T c/o Enhanced Recovery 8014 Bayberry Rd. Jacksonville, FL 32256 | | | | | |
| | Affiliated Credit P.O. Box 1329 Rochester, MN 55903 | | | | | |
| | American General Finance 20 N. Clark, Ste. 2600 Chicago, IL 60602 | | | | | |
| | BMO Harris Bank c/o Baron Collection 155 Revere Drive Northbrook, IL 60062 | | | | | |
| | Black Expressions Book Club c/o RJM Acquistions 575 Underhill Blvd., Ste. 2 Syosset, NY 11791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Century Credit 6477 Telephone Rd. Ste. 5 Ventura, CA 93003 |  |  |  |  |  |
|  | Chase Bank |  |  |  |  |  |
|  | DeVry, Inc. 1 Tower Lane, Ste. 1000 Oakbrook Terrace, IL 60181 |  |  |  |  |  |
|  | Directv P.O. Box 6550 Greenwood Village, CO 80155-6550 |  |  |  |  |  |
|  | Great American Finance 20 N. Wacker Drive Ste. 2275 Chicago, IL 60606 |  |  |  |  |  |
|  | HSBC Nevada c/o Portfolio Recovery 120 Corporate Blvd., Ste. 1 Norfolk, VA 23502 |  |  |  |  |  |
|  | HSN P.O. Box 530993 Atlanta, GA 30353 |  |  |  |  |  |
|  | Ltd Commodities P.O. Box 296 Northbrook, IL 60065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metro South Medical Center c/o Nationwide Credit 815 Commerce Dr., Ste. 100 Oak Brook, IL 60523 | | | | | |
| | Nicor Gas P.O. Box 549 Aurora, IL 60507 | | | | | |
| | Northstar Credit Union | | | | | |
| | Performance Dental 9957 S. Roberts Rd. Palos Hills, IL 60425 | | | | | |
| | Portfolio Recovery Associates P.O. Box 41067 Norfolk, VA 23541 | | | | | |
| | Receivables Management Inc. Attn: Bankruptcy 3348 Ridge Rd. Lansing, IL 60438 | | | | | |
| | Representing: Sallie Mae | | | | | |
| | SGQ c/o Applegate & Rogers 9789 Charlotte Hwy. Fort Mill, SC 29715 | | | | | |
| | Sallie Mae United Student Aid Funds P.O. Box 9430 Wilkes-Barre, PA 18773-9430 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Financial P.O. Box 3251 Evansville, IN 47731 | | | | | |
| | TCF National Bank c/o American Collections 919 Estes Court Schaumburg, IL 60193 | | | | | |
| | Target Attn: Bankruptcy Department P.O. Box 59228 Minneapolis, MN 55459-0228 | | | | | |
| | True Green P.O. Box 838 Midlothian, IL 60065 | | | | | |
| | United Consumer Financial Services c/o Bass & Associates 3936 E. Ft. Lowell Rd., Ste. 200 Tucson, AZ 85712 | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000004 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000005 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000003 | NICOR GAS | | | | | |
| 000002 | RJM ACQUISITIONS LLC | | | | | |
| 000007 | SPRINGLEAF FINANCIAL | | | | | |
| | COMMONWEALTH EDISON COMPANY | | | | | |
| | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| | NICOR GAS | | | | | |
| | RJM ACQUISITIONS LLC | | | | | |
| | SPRINGLEAF FINANCIAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 12-05808 | Judge: JACQUELINE P. COX |
|---|---|---|
| Case Name: | KEYES, SABRINA N. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 02/17/12 (f) |
| 341(a) Meeting Date: | 04/10/12 |
| Claims Bar Date: | 08/16/12 |

For Period Ending: 10/18/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single family home located at 340 Streamside Drive | 97,300.00 | 0.00 | | 0.00 | 0.00 | 163,455.00 | 15,000.00 |
| 2. checking account at Bank of America | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. savings account at Municipal Employees Credit Unio | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 4. miscellaneous household furniture, furnishings, go | 750.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 750.00 |
| 5. necessary wearing apparel | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 600.00 |
| 6. life insurance policy through State Farm-term-bene | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. life insurance policy through work-term policy-ben | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. pension plan through work | 10,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 10,000.00 |
| 9. 457 retirement plan through work | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 10. 2001 Ford Explorer-1/2 ton-V6 utility 2D Sport 2WD | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. pending personal injury suit against Bird Brain/Ta | 0.00 | Unknown | | 135,000.00 | Unknown | 0.00 | 15,000.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $112,950.00 | $0.00 | | $135,000.00 | $0.00 | $163,455.00 | $47,050.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-05808   Judge: JACQUELINE P. COX | Trustee Name: RONALD R. PETERSON |
| Case Name: | KEYES, SABRINA N. | Date Filed (f) or Converted (c): 02/17/12 (f) |
| | | 341(a) Meeting Date: 04/10/12 |
| | | Claims Bar Date: 08/16/12 |

April 29, 2013, 08:50 am  Big Pay day on April 24, 2013.  Sent file to Larwentha for closing.

April 9, 2013.  Order authorizing settlement approved by the Court.

December 15, 2012, 11:05 a.m.  Settled  personal injury case for $125,000.  Need to file 9019 motion.

Initial Projected Date of Final Report (TFR): 03/31/14       Current Projected Date of Final Report (TFR): 03/31/14

_____    Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-05808 -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KEYES, SABRINA N. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8612 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8005 | | |
| For Period Ending: | 10/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/13 | 11 | Bird Brain | | | 67,816.96 | | 67,816.96 |
| | 11 | | Memo Amount: 135,000.00<br>Gross Receipts | 1142-000 | | | |
| | | POWER ROGERS & SMITH | Memo Amount: ( 45,000.00 )<br>Attornet's fees | 3210-000 | | | |
| | | POWER ROGERS & SMITH | Memo Amount: ( 2,635.24 )<br>Attoreney Expenses | 3220-000 | | | |
| | | DR. ANTHONY GEROULIS | Memo Amount: ( 2,000.00 )<br>Dr. Fees | 3991-000 | | | |
| | | HUMANA | Memo Amount: ( 1,490.80 )<br>Med Lien | 2990-000 | | | |
| | | BUD'S AMBULANCE SERVICE | Memo Amount: ( 1,057.00 )<br>Ambulance Service | 2990-000 | | | |
| | | SABRINA KEYES | Memo Amount: ( 15,000.00 )<br>Exemption | 8100-000 | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.51 | 67,797.45 |
| 07/12/13 | 030001 | Ronald R. Peterson<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, Il 60655-3456 | Professional Fees<br>Final Trustee Fees | 2100-000 | | 7,446.75 | 60,350.70 |
| 07/12/13 | 030002 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Final distribution | | | 655.12 | 59,695.58 |
| | | | Claim 654.57 | 7100-000 | | | |
| | | | Interest 0.55 | 7990-000 | | | |
| 07/12/13 | 030003 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224 | (2-1) CLUB PURCHASES<br>Final Distriibution | | | 87.42 | 59,608.16 |

Page Subtotals 67,816.96 8,208.80

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-05808 -JPC | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | KEYES, SABRINA N. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8612  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8005 | | | |
| For Period Ending: | 10/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Syosset, NY 11791 | | | | | |
| | | | Claim      87.35 | 7100-000 | | | |
| | | | Interest    0.07 | 7990-000 | | | |
| 07/12/13 | 030004 | NICOR GAS<br>P.O. BOX 549<br>AURORA, IL 60507 | Final distribution | | | 523.14 | 59,085.02 |
| | | | Claim     522.70 | 7100-000 | | | |
| | | | Interest    0.44 | 7990-000 | | | |
| 07/12/13 | 030005 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | (4-1) Student Loan | | | 33.48 | 59,051.54 |
| | | | Claim      33.45 | 7100-000 | | | |
| | | | Interest    0.03 | 7990-000 | | | |
| 07/12/13 | 030006 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | (5-1) Student Loan<br>Final Distribution | | | 13,550.91 | 45,500.63 |
| | | | Claim   13,539.58 | 7100-000 | | | |
| | | | Interest   11.33 | 7990-000 | | | |
| 07/12/13 | 030007 | Great Lakes Educational Loan Service<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | (6-1) Student Loan<br>Final Distribution | | | 7,457.91 | 38,042.72 |
| | | | Claim    7,451.68 | 7100-000 | | | |
| | | | Interest    6.23 | 7990-000 | | | |
| 07/12/13 | 030008 | SPRINGLEAF FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | Final distribution | | | 1,947.45 | 36,095.27 |

Page Subtotals            0.00        23,512.89

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Case 12-05808   Doc 39   Filed 11/04/13   Entered 11/04/13 13:01:11   Desc Main
Document      Page 14 of 14

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-05808 -JPC | Trustee Name: RONALD R. PETERSON |
| Case Name: KEYES, SABRINA N. | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******8612 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******8005 | |
| For Period Ending: 10/18/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/13 | 030009 | Sabrina N. Keyes<br>340 Streamside Drive<br>Harvey, Il 60425 | Claim 1,945.82<br>Interest 1.63<br>Return of Surplus Funds<br>All filed education loan claims paid. | 7100-000<br>7990-000<br>8200-000 | | 36,095.27 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 135,000.00 | COLUMN TOTALS | 67,816.96 | 67,816.96 | 0.00 |
| | Memo Allocation Disbursements: | 67,183.04 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 67,816.96 | 67,816.96 | |
| | Memo Allocation Net: | 67,816.96 | Less:  Payments to Debtors | | 36,095.27 | |
| | | | Net | 67,816.96 | 31,721.69 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 135,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 67,183.04 | Checking Account (Non-Interest Earn - ********8612 | 67,816.96 | 31,721.69 | 0.00 |
| | Total Memo Allocation Net: | 67,816.96 | | 67,816.96 | 31,721.69 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        36,095.27

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*